FILED
AUG 1 4 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARIANA ZAMUDIO-LOPEZ, <br><br> Defendant. | Case No.: 19CR2733-AJB <br><br> JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the Information in the above-entitled case be dismissed with prejudice, the bond exonerated, and passport released by Pretrial Services, if held.

DATED: 8/14/2020

_____
MITCHELL D. DEMBIN
United States Magistrate Judge